UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN DIXON,<br><br>    Plaintiff,<br><br>v.<br><br>RON BARNES, et al.,<br><br>    Defendants. | No. 2:18-cv-1713-EFB P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. By order filed July 25, 2018, the court found that service of the complaint is appropriate for defendants Flores and Hook. ECF No. 18. The court informed plaintiff he could proceed against defendants Flores and Hook only or file an amended complaint within 30 days that also states a claim against defendant Barnes. *Id.* The time for amending has passed and plaintiff has elected to proceed only with the claims against defendants Flores and Hook. *See* ECF No. 19.

Accordingly, it is hereby ORDERED that the Clerk shall randomly assign a United States District Judge to this case.

/////

/////

1

Further, it is RECOMMENDED that plaintiff's claims against defendant Barnes be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: August 27, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE