IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NORMAN DIXON,** | 2:18-cv-1713-MCE-EFB (P) |
| Plaintiff, | [~~PROPOSED~~] **ORDER** |
| v. | |
| **RON BARNES, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants are granted a 10-day extension of the deadline for filing a reply in support of the pending motion to dismiss. Defendants' reply is due on or before December 20, 2018.

Dated: December 11, 2018.

_____
The Honorable Edmund F. Brennan