1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11    NORMAN DIXON,                              No. 2:18-cv-01713-MCE-EFB P

12                    Plaintiff,

13          v.                                   **ORDER**

14    BARNES, et al.,

15                    Defendants.

16

17          On September 30, 2019, the Court dismissed this action without further leave to

18    amend.  (ECF Nos. 40, 41.)  On October 21, 2019, Plaintiff, who had proceeded without

19    counsel and in forma pauperis in the district court, filed a notice of appeal.  (ECF No.

20    42.)  Thereafter, on October 24, 2019, the Ninth Circuit Court of Appeals referred this

21    matter to the district court for the limited purpose of determining whether in forma

22    pauperis status should continue for the appeal, or whether the appeal is frivolous or

23    taken in bad faith.  (ECF No. 45.)

24          "An appeal may not be taken in forma pauperis if the trial court certifies in writing

25    that it is not taken in good faith."  28 U.S.C. § 1915(a)(3); see also Hooker v. American

26    Airlines, 302 F.3d 1091, 1092 (9th Cir. 2002) (revocation of in forma pauperis status

27    appropriate where district court finds the appeal to be frivolous).  The good faith

28    standard under 28 U.S.C. § 1915 is an objective one.  Coppedge v. United States,

369 U.S. 438, 445 (1962).  A plaintiff satisfies the "good faith" requirement if he or she seeks review of any issue that is "not frivolous."  Gardner v. Pogue, 558 F.2d 548, 551 (9th Cir. 1977) (quoting Coppedge, 369 U.S. at 445).

For the reasons stated in the findings and recommendations (see ECF No. 33), adopted by the district judge on September 30, 2019 (ECF No. 40), the Court finds that the instant appeal is frivolous.  The Court thus certifies that Plaintiff's appeal is not taken in good faith, and concludes that Plaintiff's in forma pauperis status should not continue for purposes of the appeal.

Accordingly, IT IS HEREBY ORDERED that:

1.      Plaintiff's in forma pauperis status is REVOKED.

2.      The Clerk of Court is directed to serve a copy of this Order on Plaintiff and on the Ninth Circuit Court of Appeals.

IT IS SO ORDERED.

Dated:  October 28, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE